ALBERT HAND, Respondent, v. CHARLES A. FRASER, Appellant.— Order

affirmed, with ten dollars costs and disbursements, on the opinion of Lewis, J., delivered at Special Term.█ All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.